CIVIL CASE INFORMATION STATEMENT
(CIS)
Use for initial Law Division Civil Pleadings (not motions) under R 4:5-1.
Pleading will be rejected for filing under Rule 1:5-6(c), if information above the black bar is not completed or if attorney signature is not affixed.

H & B FILE # J09-2383

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE:      CK   CG   CA |
| CK/CH # _____ |
| AMOUNT $_____ |
| OVERPAYMENT_____ |
| BATCH # _____ |

Attorney Name
NORMAN BREITSTEIN

Telephone
732-780-5900

Firm Name
HEITNER & BREITSTEIN
Office Address
P.O. BOX 270, WICKATUNK, NEW JERSEY 07765

COUNTY OF VENUE SOMERSET

Docket # L-2034-10

Document Type COMPLAINT

JURY DEMAND    YES  X  NO

| Name of Party | Caption |
|---|---|
| YOUNGER AND SON INC | YOUNGER AND SON INC -VS- FIDDLEHEADS, and KATRIN L BUSCAVAGE and RICHARD J BUSCAVAGE as personal guarantors |

CASE TYPE NUMBER    502 (BOOK ACCT.)        Is this a Professional Malpractice Case NO

RELATED CASES PENDING:    NO    IF YES, LIST DOCKET #s:    N/A

| DO YOU ANTICIPATE ADDING ANY PARTIES?                    no | Name of Defendant's Primary Insurance Carrier Unknown |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF APPROPRIATE FOR MEDIATION

| Do parties have a current, past or recurrent relationship?    Yes | If yes, is that relationship:  __ employer/employee  __ friend/neighbor  other (explain)_____ __ familial    XX business |
|---|---|

Does the statute governing this case provide for payment of fees by the losing party?    __ yes    XX no

Use this space to alert the Court to any special case characteristics that may warrant individual management or accelerated disposition.

| Do you or your client need any Disability Accommodations?    __ yes    XX no | if yes, please identify |
|---|---|
| Will an interpreter be needed?    __ yes    XX no | if yes, for what language |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

Attorney Signature        NORMAN BREITSTEIN/CARY STERNBACK

| | |
|---|---|
| HEITNER & BREITSTEIN<br>MAIL ADD: PO Box 270, Wickatunk, NJ 07765<br>Attorneys for Plaintiff(s) 732-780-5900<br>****************************** | SUPERIOR COURT OF NEW JERSEY<br><br>SOMERSET COUNTY |
| YOUNGER AND SON INC | LAW DIVISION |
| Plaintiff(s)<br>vs. | Docket # L-2034-10<br>CIVIL ACTION |
| FIDDLEHEADS, and KATRIN L BUSCAVAGE<br>and RICHARD J BUSCAVAGE as personal<br>guarantors | S U M M O N S<br><br>H & B File # J09-2383 |
| Defendant(s) | |

******************************

From The State of New Jersey
To The Defendant(s) Named Above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the county clerk of the county listed above within 35 days from the date you received this summons, excluding the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee of $135.00 payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court)must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.
    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.
    If you cannot afford an attorney, you may call the Legal Services in the county where you live. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers are also provided.

Dated: 12/8/2010    JENNIFER M. PEREZ
                              CLERK OF THE SUPERIOR COURT

Name of defendant to be served: FIDDLEHEADS, and KATRIN L BUSCAVAGE and
RICHARD J BUSCAVAGE as personal guarantors
Address for Service: 6 Crofton Court, Lambertville NJ 08530.

| | |
|---|---|
| HEITNER & BREITSTEIN<br>MAIL ADD: PO Box 270, Wickatunk, NJ 07765<br>28 North Main Street, Marlboro, NJ 07746<br>Attorneys for Plaintiff(s)  732-780-5900 | SUPERIOR COURT OF NEW JERSEY<br><br>SOMERSET COUNTY<br><br>LAW DIVISION |
| YOUNGER AND SON INC<br>                              Plaintiff<br><br>-against-<br><br>FIDDLEHEADS, and KATRIN L BUSCAVAGE and RICHARD J BUSCAVAGE as personal guarantors<br>                              Defendant | Docket # L - 2034-10<br><br>C O M P L A I N T<br><br>H & B File # J09-2383 |

Plaintiff(s), YOUNGER AND SON INC with its principal office at 595 Maple Avenue, Lansdale, PA, 19446, by way of Complaint says:

### FIRST COUNT

1. There is due from the Defendant(s), the sum of $19,737.95 on a certain book account. (Exhibits attached) Payment has been demanded and has not been made.

### SECOND COUNT

1. Plaintiff(s) sue(s) the Defendant(s) for goods sold and delivered and/or services rendered by the Plaintiff(s) to the Defendant(s) upon the promise by the Defendant(s) to pay the agreed amount. Payment has been demanded and has not been made.

### THIRD COUNT

1. The Plaintiff(s) sue(s) the Defendant(s) for the reasonable value of goods sold and delivered, and/or services rendered by the Plaintiff(s) to the Defendant(s) upon the promise of the Defendant(s) to pay a reasonable price for the same. Payment has been demanded and has not been made.

### FOURTH COUNT

1. Defendant(s) being indebted to the Plaintiff(s) in the sum of $19,737.95, upon an account stated between them, did promise to pay the Plaintiff(s) said sum upon demand.

### FIFTH COUNT

1. That by a certain written instrument, a true copy of which is annexed hereto, the Personal Guarantor(s) did guarantee the obligations of the company named above and has failed to make payment although demands have been made on the Personal Guarantor(s).

### SIXTH COUNT

1. That by a certain written instrument, a true copy of which is annexed hereto, the Defendant

agreed to pay reasonable attorney fees and collection fees if collection efforts or litigation had to be used to obtain payment.

SEVENTH COUNT

1. That by a certain written instrument, a true copy of which is annexed hereto, the Defendants did agree to pay interest at a rate of 18% on all past due balances.

WHEREFORE, judgment is demanded in the sum of $19,737.95, together with attorney fees, lawful interest and costs of suit.

November 29, 2010

BY: _____
Norman Breitstein/Cary Sternback
Attorney for Plaintiff

CERTIFICATION PURSUANT TO R.4:5-1

The matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated. There are no other parties who should be joined in the action.

November 29, 2010

BY: _____
Norman Breitstein/Cary Sternback
Attorney for Plaintiff

CERTIFICATION PURSUANT TO R.1:38-7

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

November 29, 2010

BY: _____
Norman Breitstein/Cary Sternback
Attorney for Plaintiff

Jun 02 06 08:54a      Rick Buscavage              6093979544                  p.2
Jul. 1. 2006  1:31AM                                              No. 0079   P. 3



**YOUNGER AND SON, INC.**
Wholesale Cut Flowers and Greens
www.youngerson.com
www.floralsupplier.com

145 WEST 5TH STREET AND MAPLE AVENUE • LANSDALE, PA 19446 • TEL 215-362-2828 • FAX 215-362-6068

**INDIVIDUAL PERSONAL GUARANTY**

For and in consideration of Younger & Son, Inc. extending credit at the undersigned's request ( Shop's

Name ) __Fiddleheads__ ( hereinafter referred to as "Company" ), the undersigned ( whether one or more ) personally and unconditionally guarantee the full and punctual payment when due of all indebtness now or hereafter to Younger & Son, Inc. Also the payment of any obligation of the Company whenever the Company should fail to pay the same. This guaranty additionally binds the undersigned to pay all collection agency's fee, any attorney's fee and court costs incurred by us should the account be placed for collection or litigated.

I/We further authorize Younger & Son, Inc. to investigate the undersigned's personal credit, including requesting a credit report from any credit reporting agency.

Name: __KATRIN L. BUSCAVAGE__        Name: __RICHARD J. BUSCAVAGE__
     ( please print )                         ( please print )
Address Home: __6 CROFTON CT.__      Address Home: __6 CROFTON CT.__
__LAMBERTVILLE, NJ 08530__                __LAMBERTVILLE, NJ 08530__
Phone Home: ▓▓▓▓▓▓▓                   Phone Home: ▓▓▓▓▓▓▓
Address Work:                          Address Work:
__19 BRIDGE ST__                       __19 BRIDGE ST__
__LAMBERTVILLE NJ 08530__              __LAMBERTVILLE NJ 08530__
Phone Work: __397-3176__               Phone Work: __397-3176__
Signature: _K.L. Buscavage_            Signature: _[signature]_
Date: __6/1/06__                       Date: __6/1/06__

Above signatures to be notarized

STATE OF __New Jersey__, COUNTY OF __HUNTERDON__

I Certify that on _____ __6/1 2006__
_____ __RICHARD J. BUSCAVAGE__ personally came before me and acknowledged under oath, to my satisfaction, that this person ( or if more than one, each person ):
    (a) is named in and personally signed this document; and
    (b) signed, sealed and delivered this document as his or her act and deed.

NOTARY SEAL        _Katrin L. Buscavage_
                     ( Notary Public )

Notary Stamp with Expiration Date
KATRIN LINDEPU BUSCAVAGE
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2342509
MY COMMISSION EXPIRES MARCH 24, 2011

# STATEMENT

**Younger & Son, Inc.**
595 Maple Avenue
Lansdale, PA 19446
(215) 362-2828

| STATEMENT DATE | STATEMENT DATE |
|---|---|
| Aug 12, 2010 | Aug 12, 2010 |
| CUSTOMER NUMBER | CUSTOMER NUMBER |
| FIDD00 | FIDD00 |
| Page 1 | Page 1 |

FIDDLEHEADS
285 S. MAIN STREET
LAMERRTVILLE, NJ

08530

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | REFERENCE | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 225621 | 05/07/09 | IN | | 251.23 | 225621 | 05/07/09 | 251.23 |
| 225621 | 08/02/10 | CA | 2777 | 126.92- | 225621 | 08/02/10 | 126.92- |
| 225626 | 05/07/09 | IN | | 236.00 | 225626 | 05/07/09 | 236.00 |
| 225994 | 05/13/09 | IN | | 530.41 | 225994 | 05/13/09 | 530.41 |
| 226031 | 05/13/09 | IN | | 32.50 | 226031 | 05/13/09 | 32.50 |
| 226123 | 05/14/09 | IN | | 42.60 | 226123 | 05/14/09 | 42.60 |
| 226493 | 05/21/09 | IN | | 391.87 | 226493 | 05/21/09 | 391.87 |
| 226740 | 05/27/09 | IN | | 271.60 | 226740 | 05/27/09 | 271.60 |
| 226844 | 05/28/09 | IN | | 53.50 | 226844 | 05/28/09 | 53.50 |
| 227222 | 06/04/09 | IN | | 202.00 | 227222 | 06/04/09 | 202.00 |
| 227332 | 06/05/09 | IN | | 277.15 | 227332 | 06/05/09 | 277.15 |
| 227446 | 06/09/09 | IN | | 70.00 | 227446 | 06/09/09 | 70.00 |
| 227517 | 06/10/09 | IN | | 112.25 | 227517 | 06/10/09 | 112.25 |
| 228024 | 06/19/09 | IN | | 199.00 | 228024 | 06/19/09 | 199.00 |
| 228060 | 06/19/09 | IN | | 46.25 | 228060 | 06/19/09 | 46.25 |
| 228287 | 06/24/09 | IN | | 341.28 | 228287 | 06/24/09 | 341.28 |
| 228461 | 06/26/09 | IN | | 145.17 | 228461 | 06/26/09 | 145.17 |
| 228577 | 06/30/09 | IN | | 193.50 | 228577 | 06/30/09 | 193.50 |
| 228957 | 07/09/09 | IN | | 416.50 | 228957 | 07/09/09 | 416.50 |
| 229034 | 07/10/09 | IN | | 246.25 | 229034 | 07/10/09 | 246.25 |
| 229117 | 07/14/09 | IN | | 69.76 | 229117 | 07/14/09 | 69.76 |
| 229197 | 07/15/09 | IN | | 84.50 | 229197 | 07/15/09 | 84.50 |
| 229198 | 07/15/09 | IN | | 204.90 | 229198 | 07/15/09 | 204.90 |
| 229491 | 07/22/09 | IN | | 534.55 | 229491 | 07/22/09 | 534.55 |
| 229948 | 08/03/09 | IN | | 347.90 | 229948 | 08/03/09 | 347.90 |
| 230155 | 08/06/09 | IN | | 87.50 | 230155 | 08/06/09 | 87.50 |
| 230474 | 08/14/09 | IN | | 169.75 | 230474 | 08/14/09 | 169.75 |
| 230486 | 08/14/09 | IN | | 91.25 | 230486 | 08/14/09 | 91.25 |
| 230487 | 08/14/09 | IN | | 15.00 | 230487 | 08/14/09 | 15.00 |
| 230698 | 08/19/09 | IN | | 146.00 | 230698 | 08/19/09 | 146.00 |

| 30 Days O/Due | 60 Days O/Due | 90 Days O/Due | Over 90 Days | Total | TOTAL > |
|---|---|---|---|---|---|
| | | | | | |

Younger & Son, Inc.

CODES:  BF=Balance Forward    DS=Discount    DR=Debit Memo    IT=Interest Charge    IN=Invoice    CR=Credit Memo    CA=Cash Payment

# STATEMENT

**Younger & Son, Inc.**
595 Maple Avenue
Lansdale, PA 19446
(215) 362 - 2828

| STATEMENT DATE | CUSTOMER NUMBER | | STATEMENT DATE | CUSTOMER NUMBER |
|---|---|---|---|---|
| Aug 12, 2010 | FIDD00 Page 2 | | Aug 12, 2010 | FIDD00 Page 2 |

FIDDLEHEADS
285 S. MAIN STREET
LAMERRTVILLE, NJ

08530

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | REFERENCE | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 230747 | 08/20/09 | IN | | 216.76 | 230747 | 08/20/09 | 216.76 |
| 230984 | 08/26/09 | IN | | 12.72 | 230984 | 08/26/09 | 12.72 |
| 230988 | 08/26/09 | IN | | 257.00 | 230988 | 08/26/09 | 257.00 |
| 231348 | 09/02/09 | IN | | 182.00 | 231348 | 09/02/09 | 182.00 |
| 231360 | 09/03/09 | IN | | 21.00 | 231360 | 09/03/09 | 21.00 |
| 231362 | 09/03/09 | IN | | 12.50 | 231362 | 09/03/09 | 12.50 |
| 231436 | 09/04/09 | IN | | 179.50 | 231436 | 09/04/09 | 179.50 |
| 231438 | 09/04/09 | IN | | 13.50 | 231438 | 09/04/09 | 13.50 |
| 231663 | 09/10/09 | IN | | 202.00 | 231663 | 09/10/09 | 202.00 |
| 231966 | 09/16/09 | IN | | 108.00 | 231966 | 09/16/09 | 108.00 |
| 232058 | 09/17/09 | IN | | 26.00 | 232058 | 09/17/09 | 26.00 |
| 232125 | 09/18/09 | IN | | 103.00 | 232125 | 09/18/09 | 103.00 |
| 232396 | 09/24/09 | IN | | 323.50 | 232396 | 09/24/09 | 323.50 |
| 232553 | 09/28/09 | IN | | 7.10 | 232553 | 09/28/09 | 7.10 |
| 232771 | 10/01/09 | IN | | 449.75 | 232771 | 10/01/09 | 449.75 |
| 232780 | 10/01/09 | IN | | 22.50 | 232780 | 10/01/09 | 22.50 |
| 232855 | 10/02/09 | IN | | 42.25 | 232855 | 10/02/09 | 42.25 |
| 233137 | 10/08/09 | IN | | 286.12 | 233137 | 10/08/09 | 286.12 |
| 233401 | 10/14/09 | IN | | 496.75 | 233401 | 10/14/09 | 496.75 |
| 233437 | 10/14/09 | IN | | 127.55 | 233437 | 10/14/09 | 127.55 |
| 233792 | 10/21/09 | IN | | 72.00 | 233792 | 10/21/09 | 72.00 |
| 234271 | 10/30/09 | IN | | 195.50 | 234271 | 10/30/09 | 195.50 |
| 234711 | 11/10/09 | IN | | 390.25 | 234711 | 11/10/09 | 390.25 |
| 234856 | 11/12/09 | IN | | 190.00 | 234856 | 11/12/09 | 190.00 |
| 235180 | 11/19/09 | IN | | 509.69 | 235180 | 11/19/09 | 509.69 |
| 235182 | 11/19/09 | IN | | 53.50 | 235182 | 11/19/09 | 53.50 |
| 235749 | 11/30/09 | IN | | 383.25 | 235749 | 11/30/09 | 383.25 |
| 235928 | 12/02/09 | IN | | 278.87 | 235928 | 12/02/09 | 278.87 |
| 235939 | 12/02/09 | IN | | 6.00 | 235939 | 12/02/09 | 6.00 |
| 236091 | 12/04/09 | IN | | 264.45 | 236091 | 12/04/09 | 264.45 |

| 30 Days O/Due | 60 Days O/Due | 90 Days O/Due | Over 90 Days | Total | TOTAL |
|---|---|---|---|---|---|
| | | | | | Younger & Son, Inc. |

CODES:   BF=Balance Forward    DS=Discount    DR=Debit Memo    IT=Interest Charge    IN=Invoice    CR=Credit Memo    CA=Cash Payment

**Younger & Son, Inc.**
595 Maple Avenue
Lansdale, PA 19446
(215) 362 - 2828

**STATEMENT**

| STATEMENT DATE | Aug 12, 2010 |
|---|---|
| CUSTOMER NUMBER | FIDD00 |
| | Page 3 |

| STATEMENT DATE | Aug 12, 2010 |
|---|---|
| CUSTOMER NUMBER | FIDD00 |
| | Page 3 |

FIDDLEHEADS
285 S. MAIN STREET
LAMERRTVILLE, NJ

08530

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | REFERENCE | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 236674 | 12/15/09 | IN | | 192.50 | 236674 | 12/15/09 | 192.50 |
| 236991 | 12/21/09 | IN | | 140.00 | 236991 | 12/21/09 | 140.00 |
| 237112 | 12/22/09 | IN | | 69.68 | 237112 | 12/22/09 | 69.68 |
| 237120 | 12/22/09 | IN | | 16.02 | 237120 | 12/22/09 | 16.02 |
| 237405 | 12/30/09 | IN | | 254.29 | 237405 | 12/30/09 | 254.29 |
| 237447 | 12/31/09 | IN | | 12.50 | 237447 | 12/31/09 | 12.50 |
| 237640 | 01/07/10 | IN | | 290.15 | 237640 | 01/07/10 | 290.15 |
| 237876 | 01/14/10 | IN | | 148.25 | 237876 | 01/14/10 | 148.25 |
| 238094 | 01/20/10 | IN | | 200.00 | 238094 | 01/20/10 | 200.00 |
| 238231 | 01/25/10 | IN | | 300.00 | 238231 | 01/25/10 | 300.00 |
| 238408 | 01/28/10 | IN | | 302.15 | 238408 | 01/28/10 | 302.15 |
| 238483 | 01/29/10 | IN | | 200.25 | 238483 | 01/29/10 | 200.25 |
| 238501 | 01/29/10 | IN | | 120.79 | 238501 | 01/29/10 | 120.79 |
| 238928 | 02/09/10 | IN | | 957.25 | 238928 | 02/09/10 | 957.25 |
| 238948 | 02/11/10 | IN | | 156.50 | 238948 | 02/11/10 | 156.50 |
| 239562 | 02/24/10 | IN | | 199.54 | 239562 | 02/24/10 | 199.54 |
| 239568 | 02/24/10 | IN | | 55.50 | 239568 | 02/24/10 | 55.50 |
| 239569 | 02/24/10 | IN | | 31.80 | 239569 | 02/24/10 | 31.80 |
| 239635 | 02/26/10 | IN | | 565.44 | 239635 | 02/26/10 | 565.44 |
| 239855 | 03/04/10 | IN | | 248.95 | 239855 | 03/04/10 | 248.95 |
| 239856 | 03/04/10 | IN | | 31.40 | 239856 | 03/04/10 | 31.40 |
| 240142 | 03/11/10 | IN | | 27.00- | 240142 | 03/11/10 | 27.00- |
| 240144 | 03/11/10 | IN | | 417.25 | 240144 | 03/11/10 | 417.25 |
| 240476 | 03/18/10 | IN | | 217.98 | 240476 | 03/18/10 | 217.98 |
| 240507 | 03/18/10 | IN | | 146.00 | 240507 | 03/18/10 | 146.00 |
| 240577 | 03/19/10 | IN | | 455.68 | 240577 | 03/19/10 | 455.68 |
| 240578 | 03/19/10 | IN | | 26.00 | 240578 | 03/19/10 | 26.00 |
| 240580 | 03/19/10 | IN | | 17.50 | 240580 | 03/19/10 | 17.50 |
| 240586 | 03/19/10 | IN | | 223.65 | 240586 | 03/19/10 | 223.65 |
| 240905 | 03/26/10 | IN | | 30.50 | 240905 | 03/26/10 | 30.50 |

| 30 Days O/Due | 60 Days O/Due | 90 Days O/Due | Over 90 Days | Total | TOTAL > |
|---|---|---|---|---|---|
| | | | | | Younger & Son, Inc. |

CODES:   BF=Balance Forward   DS=Discount   DR=Debit Memo   IT=Interest Charge   IN=Invoice   CR=Credit Memo   CA=Cash Payment

```
SOMERSET COUNTY SUPERIOR COURT
40 NORTH BRIDGE STREET
1ST FLR PO BOX 3000
SOMERVILLE       NJ 08876-1262
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (908) 231-7054
COURT HOURS

                    DATE:    DECEMBER 02, 2010
                    RE:      YOUNGER AND SON V FIDDLEHEADS
                    DOCKET.  SOM L -002034 10

     THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 1.

     DISCOVERY IS   150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON MARGARET GOODZEIT

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (908) 231-7000 EXT 7706.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH   R.4:5A-2.
                     ATTENTION:
                                  ATT: NORMAN BREITSTEIN
                                  HEITNER & BREITSTEIN
                                  28 N MAIN ST
                                  MARLBORO        NJ 07746


JUTDOD0
```

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999 OTHER (Briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603 AUTO NEGLIGENCE – PERSONAL INJURY
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
- 280 Zelnorm
- 285 Stryker Trident Hip Implants
- 288 Prudential Tort Litigation

### Mass Tort (Track IV)
- 248 CIBA GEIGY
- 266 HORMONE REPLACEMENT THERAPY (HRT)
- 271 ACCUTANE
- 272 BEXTRA/CELEBREX
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 275 ORTHO EVRA
- 277 MAHWAH TOXIC DUMP SITE
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 283 DIGITEK
- 284 NUVARING
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 601 ASBESTOS
- 619 VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category
☐ Verbal Threshold     ☐ Putative Class Action     ☐ Title 59

GLOUCESTER COUNTY:
Superior Court of New Jersey
Gloucester County – Finance Unit
55 Delaware St.
Woodbury, NJ 08096

LAWYER REFERRAL (856) 848-4589
LEGAL SERVICES P.O. Box 881
(856) 848-5360

HUDSON COUNTY:
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House – 1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL (201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL (908) 735-2611
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL (609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL (732) 828-0053
LEGAL SERVICES
(732) 249-7600

MONMOUTH COUNTY:
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL (732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910

LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES
(973) 285-6911

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL (609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769

LAWYER REFERRAL (201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL (609) 261-4862
LEGAL SERVICES
(609) 261-1088

CAMDEN COUNTY:
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103

LAWYER REFERRAL (856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL (609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL (856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL (973) 622-6207
LEGAL SERVICES
(973) 624-4500

115 Washington Street
Toms River, NJ 08754

(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

SALEM COUNTY:
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
40 North Bridge St., 1st floor
P.O. Box 3000
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Deputy Clerk of the Superior Court
1st Fl. Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(908) 267-5882
LEGAL SERVICES
(908) 475-2010