UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. Diorio, Esquire
120 N. Bethlehem Pike
B-309
Fort Washington, PA 19034
(215) 317-8725
Attorney for Debtor

In Re:

RICHARD BUSCAVAGE
KATRIN BUSCAVAGE

Case No.: -10-39636(MBK)

Adv. No.:

Hearing Date:

Judge: Kaplan

## CAPTION OF ORDER

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

_____
MICHAEL KAPLAN
UNITED STATES BANKRUPTCY JUDGE

AND NOW, this _____ day of _____ 2010, this matter having been opened to the Court upon consideration of the Motion of the Debtor for an Order holding Creditor Younger and Son, Inc. in Direct and Willful contempt of the Automatic Stay, pursuant to Section 362 of the Bankruptcy Code , awarding actual and punitive damages and awarding reasonable counsel fees as outlined in the Motion, it appearing that the Court has jurisdiction over this matter, that adequate notice has been given and is sufficient under the circumstances for good cause shown;

IT IS HEREBY ORDERED:

    1. The Motion is granted in its entirety;

    2. Creditor is found to be in direct and willful contempt of the Automatic Stay;

    3. Actual Damages in the amount of $_____ are awarded to Debtor to be paid immediately;

    4. Punitive Damages in the amount of $_____ are awarded to Debtor to be paid immediately;

    5. Reasonable counsel fees in the amount of $_____ are awarded to Debtor's counsel to be paid immediately.